UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| PARISH OF PLAQUEMINES, ET AL. | * | CIVIL NO:   2:18-CV-5258 |
| | * | |
| VERSUS | * | JUDGE BROWN |
| | * | |
| BEPCO, L.P. ET AL., | * | MAG. JUDGE NORTH |
| | * | |

_____

**ORDER**

_____

Considering the foregoing Motion to Withdraw as Counsel of Record,[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Michelle M. White

is withdrawn as counsel of record for Intervenor-Plaintiff the State of Louisiana, *ex rel.*

Jeff Landry, Attorney General, in this proceeding.

**NEW ORLEANS, LOUISIANA,** this   15th   day  of March, 2019.


NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____

[1] Rec. Doc. 29.