**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE PARISH OF PLAQUEMINES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5258** |
| **BEPCO, L.P., et al.** | **SECTION: "G"(5)** |

**ORDER**

Considering the parties' joint motion to reopen the case[1] following the Fifth Circuit's mandate in *Plaquemines Parish v. Riverwood Production Co.*,[2]

**IT IS HEREBY ORDERED** that the stay in this case is lifted, and the matter is restored to the Court's trial docket.

**IT IS FURTHER ORDERED** that the pending motions for remand shall be briefed in accordance with the schedule enumerated in the parties' motion.[3]

**NEW ORLEANS, LOUISIANA,** this 27th day of December, 2022.

<u>Nannette Jolivette Brown</u>
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 36.

[2] *See* Case No. 22-30055 (5th Cir. Dec. 15, 2022), Rec. Docs. 516579250 & 516579251.

[3] Rec. Doc. 36 at 2.

1